0039-TV-EPIDTV-00640860-598636

# United States Bankruptcy Court
## FOR THE
### Northern District of Mississippi

IN RE: ROBERT SIGGERS, JR
3301 ATTALA RD 1022
KOSCIUSKO, MS 39090

DATE
10/31/2025

CASE No. 23-13153-SDM

**MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS**

SS #1: XXX-XX-6990

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| MS STATE TAX COMMISSION / P O BOX 22808 BANKRUPTCY SECTION / JACKSON, MS 39225-2808 | 015 | Priority | 4,657.37 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Todd S. Johns
**Todd S. Johns**

DATED: 10/31/2025

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236