_____



SO ORDERED,

*Selene D. Maddox*

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# United States Bankruptcy Court
FOR THE
Northern District of Mississippi

IN RE: ROBERT SIGGERS, JR
3301 ATTALA RD 1022
KOSCIUSKO, MS 39090

CASE No. 23-13153-SDM

RE: MS STATE TAX COMMISSION
Court Claim No: 015

### ORDER

THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed/Amended or Supplemental Claims (Dkt.# 25 ) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

IT IS FURTHER ORDERED that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Todd S. Johns
_____
Todd S. Johns - MSB #8783
Chapter 13 Trustee
P.O. Box 1326
Brandon, MS  39043-1326
Fax: (601)825-0164
Telephone: (601)825-7663

United States Bankruptcy Court
Northern District of Mississippi

In re:                        Case No. 23-13153-SDM
Robert Siggers, Jr.              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1            User: autodocke            Page 1 of 1
Date Rcvd: Nov 04, 2025        Form ID: pdf0006        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Siggers, Jr., 3301 Attala Road 1022, Kosciusko, MS 39090-6079 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC jmcdaniel@towerloan.com  cedouglas@towerloan.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Robert Siggers  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4